**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vincente Perez, | No. CV-25-03448-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| General Motors LLC, et al., | |
| Defendants. | |

On December 23, 2025, defendant General Motors LLC filed a motion to dismiss pursuant to Rule 12(b)(6). (Doc. 9.) The response to that motion was due January 6, 2025. Local Rule 7.2(c). No response was filed. Pursuant to Local Rule 7.2(i), failure to file a response may be deemed a consent to the granting of the motion and the court "may dispose of the motion summarily." In the circumstances of this case, granting the motion dismiss is appropriate.

Failure to file a timely opposition may indicate plaintiff has abandoned his case. In an abundance of caution, plaintiff is granted leave to file an amended complaint. If he chooses to do so, plaintiff must include additional factual allegations to account for the arguments in the motion to dismiss.

/
/
/
/

Accordingly,

**IT IS ORDERED** the Motion to Dismiss (Doc. 9) is **GRANTED**. No later than **January 26, 2026**, plaintiff shall file an amended complaint. The Clerk of Court is directed to enter a judgment of dismissal if no amended complaint is filed by that date.

Dated this 8th day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge